```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    21cr700-3 (DLC)
             -v-                         :
                                         :         ORDER
MICHELLE MARTIN,                         :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the substitution of counsel for defendant Michelle Martin is scheduled for **October 19, 2022 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         October 6, 2022

_____
DENISE COTE
United States District Judge