LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN
————

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: a.robin@londonrobin.com
avrom@mindspring.com

VIA ECF and EMAIL

October 12, 2022

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Michelle Martin
      21-CR-700-3 (DLC)

Dear Judge Cote:

I write regarding my client Michelle Martin.

By Order dated October 6, 2022, ECF document 30, you scheduled a court conference for October 19, 2022, to address my application to be relieved and for new CJA counsel to be assigned. I have already reached out to John Zach, Esq., the attorney who will be replacing me, to assure a smooth transition.

Michelle Martin, who has been on pretrial supervision since her arrest in this case, lives in upstate New York, in the Syracuse area. She is working full time.

My request here is that Ms. Martin be allowed to participate in the October 19, 2022 court conference by telephone to spare her the time and expense and loss of work involved with travelling to 500 Pearl Street in Manhattan for this conference.

I have discussed the change of counsel with Ms. Martin and she understands the nature of the October 19, 2022 proceeding in Court.

A.U.S.A. Kedar S. Bhatia for the government consents to this request.

Respectfully submitted,

/s/ Avrom Robin

AVROM ROBIN

C. via ECF and email:   A.U.S.A. Kedar Bhatia
                        John Zach, Esq.

Application DENIED.

SO ORDERED
October 12, 2022

_____
DENISE COTE
United States District Judge