```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    21cr700-3(DLC)
                                         :
           -v-                           :    ORDER
                                         :
MICHELLE MARTIN,                         :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on October 19, it is hereby

ORDERED that C.J.A. counsel Avrom Robin is relieved, and C.J.A. counsel John Zac is appointed to represent the defendant.

SO ORDERED:

Dated:    New York, New York
          October 19, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge